**Opinion filed November 9, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00338-CR

_____

## ROBERT CHRIS BENNIE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR28283**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In his motion, Appellant states that he "moves this Court to withdraw [his] notice of appeal and dismiss this appeal, pursuant to Rule 42.2." *See* TEX. R. APP. P. 42.2(a). The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See id.*

We grant Appellant's motion and dismiss this appeal.


W. BRUCE WILLIAMS

JUSTICE


November 9, 2023

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.